IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| XIU QIAO ZHANG, | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 07-0511-WS-M |
| ALBERTO GONZALES, | : |
| MICHAEL CHERTOFF, | |
| WARDEN DAVID O. STREIFF | : |
| Respondents. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this petition be DENIED and that this action be **DISMISSED** as MOOT.

**DONE** this 7th day of September, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE